O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL SHEET METAL WORKS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DCON DESIGN PLUS CONSTRUCTION INC., STEFAN LAWRENCE, JPMORGAN CHASE BANK, NA, U.S. SMALL BUSINESS ADMINISTRATION, aka SMALL BUSINESS ADMINISTRATION,<br><br>　　　　　Defendants. | Case No. CV 15-07792 DDP (Ex)<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

　　　The parties are hereby ordered to show cause that this Court has proper subject matter jurisdiction over this case.

　　　District courts have federal question jurisdiction over all civil suits "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This case involves a complaint alleging only state law causes of action, and there is no allegation that the parties have complete diversity of citizenship. Instead, Defendant U.S. Small Business Administration ("SBA") filed

a short notice of removal on October 5, 2015, alleging that the complaint is properly removable under 28 U.S.C. § 1444, which states:

> Any action brought under section 2410 of this title against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending.

This Court requests more substantial briefing regarding the grounds for removal under this statute.  The parties are to file briefs not exceeding ten pages by December 7, 2015, on why this Court should not remand for lack of subject matter jurisdiction.  The parties should also deliver courtesy copies to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

IT IS SO ORDERED.

Dated: 11/20/15

DEAN D. PREGERSON
United States District Judge

2